Argued June 4, affirmed July 8, 1964

## MATHEWS *v.* BORSCHOWA ET UX
### 393 P. 2d 773

*Gerald H. Robinson,* Portland, argued the cause for appellant. With him on the brief was Robert Lohman, Portland.

*George P. Haley,* Portland, argued the cause and filed a brief for respondents.

Before McALLISTER, Chief Justice, and ROSSMAN, SLOAN, GOODWIN and LUSK, Justices.

PER CURIAM.

In this suit to foreclose a mechanic's lien for labor plaintiff conceded that his claim for a lien included

labor not performed for defendants. The trial court dismissed the suit. Plaintiff appeals.

Plaintiff claims that his evidence entitled him to a judgment for the actual amount of labor he did perform, as in *Wiggins v. Southwood Park Corp. et al*, 1960, 221 Or 61, 350 P2d 436, and similar cases, even though his lien claim is unenforceable. The court found that "It is impossible for this court to determine from the evidence how much money is owed, if any, by these defendants to plaintiff * * *." When asked how many days he had included in his claim that had actually been worked elsewhere, plaintiff testified "* * * I don't know what days it was or nothing * * * I don't know how many days it was."

In this appeal plaintiff complains that the trial court could have computed the amount due. The evidence does not support the argument.

Affirmed.